HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
Jennifer E. McGuire (SBN 282704)
jmcguire@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines (SBN 71075)
walter@whaines.com
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
*tel* (562) 256-1047
*fax* (562) 256-1006

Attorneys for Plaintiffs
LISA TAYLOR, MICHELLE PEREZ,
MARIA MARINTEZ, and BARBARA NIEMINEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE PEREZ, LISA TAYLOR, MARIA MARTINEZ, and BARBARA NIEMINEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN PLUMAS HEALTH CARE FOUNDATION, INC., a California Corporation,<br><br>Defendant. | Case No. 2:17-cv-00674-JAM-EFB<br><br>**STIPULATION AND ORDER RE: COMPLAINT/FIRST AMENDED COMPLAINT AND RESPONSE TO SAME** |

STIPUATION RE. COMPLAINT/FAC AND [PROPOSED] ORDER 1

## STIPULATION

Plaintiffs LISA TAYLOR, MICHELLE PEREZ, MARIA MARINTEZ, and BARBARA NIEMINEN (collectively, "Plaintiffs"), and EASTERN PLUMAS HEALTH CARE DISTRICT, erroneously named as EASTERN PLUMAS HEALTH CARE FOUNDATION, INC. hereby agree as follows:

1. Plaintiffs filed the complaint in this case on March 29, 2017 (the "Complaint") against Eastern Plumas Health Care Foundation, Inc.

2. Since the filing of the Complaint, Plaintiffs have learned that Eastern Plumas Health Care District is the correct Defendant. As such, Plaintiffs intend to file a First Amended Complaint ("FAC") alleging the same claims and substituting Eastern Plumas Health Care District for Eastern Plumas Health Care Foundation, Inc. as Defendant in this action.

3. Eastern Plumas Health Care Foundation, Inc. and Eastern Plumas Health Care District agree that Plaintiffs may file a FAC on or before May 8, 2017, dismissing Eastern Plumas Health Care Foundation, Inc. and adding Eastern Plumas Health Care District as Defendant, with all claims relating back to the filing of the Complaint.

4. Plaintiffs shall file a notice of dismissal dismissing Eastern Plumas Health Care Foundation, Inc., with prejudice, no later than May 10, 2017.

5. Other than the express terms in this Stipulation, Eastern Plumas Health Care Foundation, Inc., Eastern Plumas Health Care District, and Plaintiffs agree that this stipulation shall not affect the rights or defenses of any party to this Stipulation, including Eastern Plumas Health Care District's right to seek remand, dismissal, or any other procedural or substantive relief, on any grounds, in response to the filing of the FAC.

6. Accordingly, the parties agree to continue the deadline to respond to the Complaint to May 22, 2017. Upon the timely filing of the FAC, as set forth above, responsive pleading to the Complaint shall not be required. However, a timely response to the FAC will be filed.

**IT IS SO STIPULATED.**

Pursuant to Civil Local Rule 131(e), concurrence in the filing of this document has been obtained from Joseph Vidal Macias, Attorney for Eastern Plumas Health Care District and Steven C. Gross, Attorney for Defendant Eastern Plumas Health Care Foundation, Inc. on May 3, 2017.

HOYER & HICKS

Date: May 3, 2017

Jennifer E. McGuire
Attorney for Plaintiffs LISA TAYLOR, MICHELLE PEREZ, MARIA MARINTEZ, and BARBARA NIEMINEN

SUTTON HAGUE LAW CORPORATION

Date: May 3, 2017

/s/ Joseph Vidal Macias
Joseph Vidal Macias
Attorney for Eastern Plumas Health Care District

PORTER SIMON, PROFESSIONAL CORPORATION

Date: May 3, 2017

/s/ Steven C. Gross
Steven C. Gross
Attorney for Defendant Eastern Plumas Health Care Foundation, Inc

## **ORDER**

Based upon the foregoing stipulation and good cause appearing, the terms and conditions set forth in the Stipulation are SO ORDERED.

Dated: May 3, 2017
/s/ JOHN A. MENDEZ
John A. Mendez
United States District Judge