S. BRETT SUTTON, 143107
brett@suttonhague.com
JARED HAGUE, 251517
jared@suttonhague.com
JOSEPH V. MACIAS, 273168
joseph@suttonhague.com
SUTTON HAGUE LAW CORPORATION, P.C.
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Attorneys for Defendant
EASTERN PLUMAS HEALTH CARE DISTRICT

HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
Jennifer E. McGuire (SBN 282704)
jmcguire@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines (SBN 71075)
walter@whaines.com
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
*tel* (562) 256-1047
*fax* (562) 256-1006

Attorneys for Plaintiffs
LISA TAYLOR, MICHELLE PEREZ,
MARIA MARINTEZ, and BARBARA NIEMINEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE PEREZ, LISA TAYLOR, MARIA MARTINEZ, and BARBARA NIEMINEN, on behalf of themselves and all others similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>EASTERN PLUMAS HEALTH CARE DISTRICT,<br><br>              Defendant. | Case No. 2:17-cv-00674-JAM-EFB<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO THE SUMMONS AND FIRST AMENDED COMPLAINT & ORDER** |

## STIPULATION

Plaintiffs LISA TAYLOR, MICHELLE PEREZ, MARIA MARINTEZ, and BARBARA NIEMINEN (collectively, "Plaintiffs"), and EASTERN PLUMAS HEALTH CARE DISTRICT ("Defendant") (collectively "Parties") hereby agree as follows:

Plaintiffs served the Summons and First Amended Complaint ("FAC") on Defendant via mail on May 16, 2017. Defendant was not a named party to the original Complaint filed in this matter. Defendant did not receive the Summons and FAC until May 18, 2017.

On June 2, 2017, pursuant to Eastern District Local Rule 144(a), the Parties filed a stipulation to extend Defendant's time to respond to the FAC until June 15, 2017.

On or around June 5, 2017, counsel for Plaintiffs and Defendant telephonically conferred regarding over Defendant's planned Motion to Dismiss the FAC.

At that time, Plaintiffs indicated that they would file a Second Amended Complaint (the "SAC"). The Parties agree that the filing and resolution of a Motion to Dismiss on the FAC would be a misuse of judicial resources.

In order to avoid a hearing on a Motion to Dismiss on the FAC, the Parties hereby stipulate to continue Defendant's deadline to respond to the FAC until June 30, 2017 to respond to the FAC.

Plaintiffs hereby agree to file the SAC on or before June 30, 2017.

Other than the express terms in this Stipulation, the Parties agree that this Stipulation shall not affect the rights or defenses of any party to this Stipulation, including Defendant's right to seek remand, dismissal, or any other procedural or substantive relief, on any grounds, in response to the filing of the SAC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Pursuant to Civil Local Rule 131(e), concurrence in the filing of this document has been obtained from Ryan Hicks, Counsel for LISA TAYLOR, MICHELLE PEREZ, MARIA MARINTEZ, and BARBARA NIEMINEN on June 12, 2017.

HOYER & HICKS

Date: June 12, 2017

/s/ Ryan Hicks
Ryan Hicks
Attorney for Plaintiffs LISA TAYLOR, MICHELLE PEREZ, MARIA MARINTEZ, and BARBARA NIEMINEN

SUTTON HAGUE LAW CORPORATION, P.C.

Date: June 12, 2017

/s/ Joseph Vidal Macias
Joseph Vidal Macias
Attorney for Eastern Plumas Health Care District

# **ORDER**

Based upon the foregoing stipulation and good cause appearing, the terms and conditions set forth in the stipulation are SO ORDERED.

Dated: 6/12/2017  /s/ John A. Mendez
John A. Mendez
United States District Court Judge