HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
Jennifer E. McGuire (SBN 282704)
jmcguire@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines (SBN 71075)
walter@whaines.com
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
*tel* (562) 256-1047
*fax* (562) 256-1006

Attorneys for Plaintiffs
LISA TAYLOR, MICHELLE PEREZ,
MARIA MARINTEZ, and BARBARA NIEMINEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE PEREZ, LISA TAYLOR, MARIA MARTINEZ, and BARBARA NIEMINEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN PLUMAS HEALTH CARE DISTRICT,<br><br>Defendant. | Case No. 2:17-cv-00674-JAM-EFB<br><br>**STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND ORDER THEREON** |

## **STIPULATION**

1. Plaintiffs LISA TAYLOR, MICHELLE PEREZ, MARIA MARTINEZ, and BARBARA NIEMINEN (collectively, "Plaintiffs"), and EASTERN PLUMAS HEALTH CARE DISTRICT ("Defendant") hereby agree as follows:

2. Plaintiffs served the Summons and First Amended Complaint ("FAC") on Defendant via mail on May 16, 2017. Defendant was not a named party to the original

Complaint filed in this matter. Defendant did not receive the Summons and FAC until May 18, 2017.

3. On June 13, 2017, the Court granted the parties' stipulation and entered its order granting Plaintiffs leave to file a Second Amended Complaint ("SAC") on or before June 30, 2017.

4. In the interest of avoiding motion practice regarding the forthcoming SAC, the parties hereby agree and stipulate to this request to extend the deadline for Plaintiffs to file the SAC an additional two weeks, to July 14, 2017.

5. Other than the express terms in this Stipulation, the Parties agree that this Stipulation shall not affect the rights or defenses of any party to this Stipulation, including Defendant's right to seek remand, dismissal, or any other procedural or substantive relief, on any grounds, in response to the filing of the SAC.

IT IS SO STIPULATED.

Pursuant to Civil Local Rule 131(e), concurrence in the filing of this document has been obtained from Joseph Vidal Macias, Counsel for Defendant on June 27, 2017.

HOYER & HICKS

Date: June 27, 2017

/s/ Ryan L. Hicks
Ryan Hicks
Attorney for Plaintiffs LISA TAYLOR, MICHELLE PEREZ, MARIA MARTINEZ, and BARBARA NIEMINEN

SUTTON HAGUE LAW CORPORATION

Date: June 27, 2017

/s/ Joseph Vidal Macias
Joseph Vidal Macias
Attorney for Eastern Plumas Health Care District

STIPULATION TO EXTEND TIME TO FILE
SECOND AMENDED COMPLAINT

**ORDER**

Based upon the foregoing stipulation, and good cause appearing therefor, the terms and conditions set forth in the stipulation are SO ORDERED.

Dated: 6/28/2017

/s/ John A. Mendez
United States District Court Judge

STIPULATION TO EXTEND TIME TO FILE
SECOND AMENDED COMPLAINT